AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.                                    **CRIMINAL COMPLAINT**

**MICHAEL LEE SCOTT     BENJAMIN D. FEARS**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 2, 2006** in **WASHINGTON** county, in the _____ District of **COLUMBIA** defendant (s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title **21** United States Code, Section(s) **841(a)(1)** .

I further state that I am **OFFICER ERIC ROCHE**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:     ☒ Yes   ☐ No

Signature of Complainant
**OFFICER ERIC ROCHE**
**SIXTH DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____     at     **Washington, D.C.**
Date                                                        City and State

_____          _____
Name & Title of Judicial Officer                Signature of Judicial Officer