**STATEMENT OF FACTS**

On Tuesday, August 2, 2006, at about 2:10 a.m., sworn officers with the Metropolitan Police Department's Sixth District conducted a traffic stop in the unit block of B Street, S.E., Washington, D.C. When the driver was unable to produce his driver's license, officers removed the defendants, Michael Scott, who was the driver and Benjamin Fears, who was in the front passenger seat, from the vehicle. When the officer put his hand under the base of the center console, he felt what appeared to be a handgun. When the officer removed his hand, a plastic bag containing a white rock-like substance fell from the gap. The substance appeared to be crack cocaine. When the console siding was removed, officers recovered a loaded Taurus .45 caliber pistol, and additional plastic bags containing a white rock-like substance and a tan powder substance. A portion of the white rock-like substance field tested positive for cocaine, and a portion of the tan powder substance field tested positive for the opiates group. Also recovered from the vehicle was a rental agreement for the vehicle in defendant Scott's name, and other mail matter also in the Scott's name. Officers placed both defendants under arrest. After arrest, officers recovered $1,788.71 from defendant Scott, and recovered six small ziplock bags containing a white rock-like substance and $939.00 in U.S. Currency from defendant Fears. A portion of the white rock-like substance field tested positive for cocaine. The approximate weight of the suspected crack cocaine found in the vehicle's center console was 133 grams, which is an amount commonly indicating that the suspected crack cocaine was going to be sold to others rather than used exclusively by the defendant.

_____
OFFICER ERIC ROCHE
SIXTH DISTRICT, MPD

SWORN AND SUBSCRIBED BEFORE ME
ON THIS \_\_ DAY OF AUGUST, 2006.

_____
U.S. MAGISTRATE JUDGE